■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO TABLES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered February 3, 1978, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Accordingly, counsel's application for leave to withdraw is granted (see *Anders v California*, 386 US 738; cf. *People v Gonzalez*, 47 NY2d 606). Mollen, P.J., Cohalan, Margett and O'Connor, JJ., concur.

## (April 24, 1981)

■ NASSAU SPORTS, Respondent, v HYATT MANAGEMENT CORPORATION OF NEW YORK, INC., Appellant. — Appeal from an order of the Supreme Court, Nassau County, dated April 24, 1981, which granted plaintiff's motion for a preliminary injunction upon the filing of an undertaking in the sum of $200,000. Order affirmed, without costs or disbursements, for the reasons stated in the opinion of Mr. Justice Pantano at Special Term. Mollen, P.J., Damiani, Titone, Mangano and Thompson, JJ., concur.